BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5046
    Facsimile: (213) 894-0141
    E-mail:  jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03798-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING POST-INDICTMENT ARRAIGNMENT |
| v. | **Current PIA Date:** 07-18-25 |
| JOSE CERVANTES LICEA, | **[~~Proposed~~] PIA Date:** 07-24-25 |
| Defendant. | |

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the post-indictment arraignment in this matter be continued from July 18, 2025, at 11:30 a.m., to July 24, 2025, at 11:30 a.m.

    IT IS SO ORDERED.

July 17, 2025
_____
DATE

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
_____
JENA A. MACCABE
Assistant United States Attorney